# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MURPHY-JERMAINE WILSON**

        :
        :

**VERSUS**      :   **NO. 3:22-CV-00478-SDD-RLB**

        :
        :

**GMFS MORTGAGE, SPECIALIZED LOAN**    :
**SERVICING, LLC, TOM MILLON, BEN**    :
**THOMPSON, WILL EGLIN, BILLY
MAXWELL, JOHN TERRELL BROWN,
JR., JEFFREY WATSON, MOLLY WILLS,
TOM D. ARMOND, TRANSUNION
CREDIT UNION, EQUIFAX CREDIT
UNION, EXPERIAN CREDIT UNION AND
JOHN DOES**

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes GMFS LLC (misnamed as "GMFS Mortgage"), which, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, advises that it is a wholly owned subsidiary of Ready Capital Corporation, a public company traded on the New York Stock Exchange under ticker symbol "RC."

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: **/s/ Robert W. Barton**
       Robert W. Barton, Bar #22936
       Leah C. Cook, Bar #37641
       450 Laurel Street, 8th Floor (70801)
       P.O. Box 2471
       Baton Rouge, LA 70821-2471
       Telephone: (225) 387-3221
       Facsimile:  (225) 346-8049
       Email: bob.barton@taylorporter.com
       Email: leah.cook@taylorporter.com

Attorneys for Defendants

5036768.v1

- 2 -

## <u>CERTIFICATE</u>

The undersigned hereby certifies that a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 24th day of October, 2022.


/s/Robert W. Barton
Robert W. Barton

- 2 -

5036768.v1