# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MURPHY JERMAINE WILSON

VERSUS

GMFS MORTGAGE, ET AL.

CIVIL ACTION

22-478-SDD-RLB

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 9, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss (R. Doc. 16, 27, 35, 36, 37, 40) are GRANTED, and all of Plaintiff's claims raised in the Complaint and Amended Complaint are DISMISSED WITH PREJUDICE.

IT IS FURTHER RECOMMENDED that Plaintiff's Motions for Summary/Default Judgment (R. Docs. 6, 28) and Plaintiff's "Motion[s] to Joinder" (R. Docs. 10, 11) are DENIED AS MOOT.

---

[1] Rec. Docs. 6, 10, 11, 16, 27, 28, 35, 36, 37 and 40.
[2] Rec. Doc. 44.

IT IS FURTHER RECOMMENDED that Plaintiff is advised that any further frivolous filings in this case or any future case may result in monetary or other sanctions.

Signed in Baton Rouge, Louisiana the 7 day of February, 2023.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA