# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MURPHY JERMAINE WILSON

VERSUS

GMFS MORTGAGE, ET AL.

CIVIL ACTION

22-478-SDD-RLB

## JUDGMENT OF DISMISSAL

For the reasons outlined in this Court's *Ruling* adopting the *Report and Recommendations* of the Magistrate Judge in the captioned matter;

**IT IS ORDERED** that Plaintiff's claims raised in the Complaint and Amended Complaint are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana this _7th_ day of February, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**