UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MURPHY JERMAINE WILSON

VERSUS

GMFS MORTGAGE, ET AL.

CIVIL ACTION

22-478-SDD-RLB

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 8, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Re-Open the Case[3] is DENIED.

Signed in Baton Rouge, Louisiana the 26 day of September, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 50.
[2] Rec. Doc. 54.
[3] Rec. Doc. 50.